UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff

  v.                                                Case No. 09-CR-198

DERRICK D. MARSHALL,

    Defendant.

## GOVERNMENT'S PROPOSED WITNESS LIST

The United States of America, by its attorneys, Michelle L. Jacobs, United States Attorney for the Eastern District of Wisconsin, and Scott J. Campbell, Assistant United States Attorney, hereby submits the following list of potential witnesses that may be called to testify in the government's case-in-chief at the trial in the above-captioned case:

    Task Force Agent Michael Simonis
    Bureau of Alcohol, Tobacco, Firearms and Explosives

    Task Force Agent Steven Wolf
    Bureau of Alcohol, Tobacco, Firearms and Explosives

    Police Officer Michael Valuch
    Milwaukee Police Department

    Police Officer Michael Miller
    Milwaukee Police Department

    Walter Allen
    Badger Outdoors

    Gregory Drinkwater

    Detective Scott Marlock
    Milwaukee Police Department

Detective Eric Donaldson
Milwaukee Police Department

Detective Brett Huston
Milwaukee Police Department

Police Officer Robert Wilkinson
Milwaukee Police Department

Police Officer Michael Wawrzyniakowski
Milwaukee Police Department

Dated at Milwaukee, Wisconsin, this 24th day of November, 2009.

                      Respectfully submitted,
                      MICHELLE L. JACOBS
                      United States Attorney

By:

                      s/SCOTT J. CAMPBELL
                      Assistant United States Attorney
                      Scott J. Campbell Bar Number: 1017721
                      Attorney for Plaintiff
                      Office of the United States Attorney
                      Eastern District of Wisconsin
                      517 East Wisconsin Avenue, Room 530
                      Milwaukee, WI 53202
                      Telephone:(414) 297-1700
                      Fax:(414) 297-1738
                      E-Mail: scott.campbell@usdoj.gov