## Summary of Derrick Marshall's Purchase and Disposition of Guns

| Gun Number | Date Derrick Marshall Purchased Gun | Gun Description | Date MPD Recovered Gun From a Person other than Derrick Marshall |
|---|---|---|---|
| 1 | 2/21/02 | Ruger 9mm, Serial number 310-79556 | 9/9/04 |
| 2 | 3/28/05 | Ruger 9mm, Serial number 315-54013 | Unrecovered |
| 3 | 10/16/05 | Beretta .25 caliber, Serial number DAA386563 | 5/22/07 |
| 4 | 10/20/05 | Ruger 9mm, Serial number 315-76726 | 11/12/06 |
| 5 | 11/10/05 | Ruger 9mm, Serial number 315-76015 | 3/24/06 |
| 6 | 10/20/07 | Ruger 9mm, Serial number 315-96885 | 9/25/08 |