UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff

v.    Case No. 09-CR-198

DERRICK D. MARSHALL,

    Defendant.

## PARTIES' STIPULATIONS OF FACTS

Defendant Derrick D. Marshall, by his attorney Thomas J. McClure, and the United States of America, by United States Attorney James L. Santelle and Assistant United States Attorney Scott J. Campbell, hereby stipulate that the following facts are true and correct:

1. On February 21, 2002, Derrick Marshall purchased a Ruger 9mm, bearing Serial number 310-79556. On September 9, 2004, the Milwaukee Police Department recovered that gun from a person other than Derrick Marshall.

2. On March 28, 2005, Derrick Marshall purchased a Ruger 9mm, Serial number 315-54013. To date, that gun has not been recovered and its location is unknown.

3. On October 16, 2005, Derrick Marshall purchased a Beretta .25 caliber, Serial number DAA386563. On May 22, 2007, the Milwaukee Police Department recovered that gun from a person other than Derrick Marshall.

4. On October 20, 2005, Derrick Marshall purchased a Ruger 9mm, Serial number 315-76726. On November 12, 2006, the Milwaukee Police Department recovered that gun from a person other than Derrick Marshall.

5. On November 10, 2005, Derrick Marshall purchased a Ruger 9mm, Serial number 315-76015. On March 24, 2006, the Milwaukee Police Department recovered that gun from a person other than Derrick Marshall.

6. On October 20, 2007, Derrick Marshall purchased a Ruger 9mm, Serial number 315-96885. On September 25, 2008, the Milwaukee Police Department recovered that gun from a person other than Derrick Marshall.

Date: 2/2/10

DERRICK D. MARSHALL
Defendant

Date: 2/2/10

THOMAS J. McCLURE
Attorney for Defendant

Date: 2/2/10

SCOTT J. CAMPBELL
Assistant United States Attorney

2