UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES UNITED STATES OF AMERICA,

    Plaintiff,

v.                                             Case Number: 09-CR-198

DERRICK DEWAYNE MARSHALL

    Defendant.

---

DECISION AND ORDER
GRANTING DEFENDANT'S REQUEST TO TRAVEL (DOC. 46)

On October 26, 2011, Derrick Marshall filed a letter seeking leave to travel outside of the United States with a passport. Marshall explained that he married his wife on July 23, 2010, but had to self surrender on September 21, 2010. As a result, they did not take their honeymoon. Marshall is serving a three year term of supervised release, and has complied with all requirements while maintaining full time employment. The government does not oppose the request.

Now, therefore,

IT IS ORDERED that Marshall's request to travel is granted. Prior to traveling, Marshall must provide his probation officer with the dates of travel and contact information while he is out of the country.

Dated at Milwaukee, Wisconsin, this 15th day of November, 2011.

                                                        BY THE COURT

                                                        /s/ C. N. Clevert, Jr.
                                                        C. N. CLEVERT, JR.
                                                        CHIEF U. S. DISTRICT JUDGE